

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
WILL WILSON
ATTORNEY GENERAL

Honorable S. C. Smith
County Attorney
Bosque County
Meridian, Texas

Dear Sir:

> Opinion Number O-5548
> Re: May the Board of School
> Trustees of a Rural High
> School District legally pay
> traveling expenses of its
> superintendent incurred for
> purposes necessary in the
> conduct of the school?

We acknowledge receipt of your letter in reply to our request for further information, and have restated your inquiry so as to make the question read as follows:

"May the Board of School Trustees of a Rural High School District legally pay traveling expenses of its superintendent incurred for purposes necessary in the conduct of the school?"

Replying to the foregoing, we quote paragraph 2 of Article 2827, which reads as follows:

"Local school funds from district taxes, tuition fees of pupils not entitled to free tuition and other local sources may be used for the purposes enumerated for State and county funds and for purchasing appliances and supplies, for the payment of insurance premiums, janitors and other employes, for buying school sites, buying, building and repairing and renting school houses, and for other purposes necessary in the conduct of the public schools to be determined by the Board of Trustees, the accounts and vouchers for county districts to be approved by the county superintendent; provided, that when the State available school fund in any city or district is sufficient to maintain the schools thereof in any year for at least eight months, and leave a surplus, such surplus may be expended for the purposes mentioned herein. Acts 1905, p. 263; Acts 1919, p. 189."

From the foregoing it will be seen that the trustees of a rural high school district may pay the traveling expenses of its superintendent if the Board of Trustees of the district determines that same were incurred for purposes necessary in the conduct of its schools.

Very truly yours
ATTORNEY GENERAL OF TEXAS
By

Approved Sept. 22. 1943            C. F. Gibson